**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| EDWARD S. RASALAM, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00763-SDJ-CAN |
| v. | § § | |
| WAYFAIR, LLC, ET AL., | § § | |
| Defendants. | § § | |

## ORDER

The Court sets this matter for a telephonic status conference on ***Tuesday, June 14, 2022, at 2:30 p.m.*** The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 877-336-1839**

**Access Code: 5754049, followed by #**

Participants are directed to call this number no later than 2:25 p.m.

**IT IS SO ORDERED**.
**SIGNED this 6th day of April, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE