**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| EDWARD S. RASALAM, <br><br> Plaintiff, <br><br> v. <br><br> WAYFAIR, LLC; CEDARS BUSINESS SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendant. | Case No. 4:21-cv-00763-SDJ-CAN |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

**NOW COME** Plaintiff Edward S. Rasalam ("Plaintiff") and Defendants Wayfair, LLC and Cedars Business Services, LLC ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, jointly requesting that the Court enter an Order extending the deadlines to complete Discovery, Dispositive Motions and Mediation deadline by 60 days, and in support thereof, stating as follows:

1. On December 17, 2021, the Court entered an order requiring the Parties to complete Discovery by June 21, 2022. [Dkt. 31]

2. On December 17, 2021, the Court entered an order requiring the Parties to complete Dispositive Motions by July 12, 2022. [Dkt. 31]

3. On December 17, 2021, the Court entered an order requiring the Parties to complete Mediation by July 19, 2022. [Dkt. 31]

4. The Parties were unable to complete Discovery due to scheduling conflicts of Plaintiff, Defendant and available Mediation dates.

5. The Parties have been working cooperatively together from the inception of this case and anticipate on completing Mediation on or before Monday, September 19, 2022

6. The Parties are respectfully requesting that the Court extend the Discovery deadline to August 22, 2022, extend dispositive motions to September 12, 2022, and extend deadline to mediate to September 19, 2022, to allow the Parties to complete Mediation and depositions.

7. The extended time for the previously mentioned Discovery deadlines will allow the parties to complete Mediations.

8. In light of the circumstances, there is good cause for the Court to grant the relief sought herein.

**WHEREFORE**, the Parties respectfully request that the Court enter an order extending the Discovery, Dispostive Motions, and Mediation deadline by 60 days, and for any further releif this Court deems just and proper.

Dated: June 9, 2022

| **EDWARD S. RASALAM** | **CEDARS BUSINESS SERVICES, LLC** |
|---|---|
| */s/ Marwan R. Daher*<br>Marwan R. Daher #6325465 (IL)<br>SULAIMAN LAW GROUP, LTD.<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>(630) 575-8180 (phone)<br>(630) 575-8188 (fax)<br>mdaher@sulaimanlaw.com<br>*Counsel for Plaintiff* | */s/ Liara A. Silva*<br>Liara A. Silva<br>Texas Bar No. 24117923<br>Kevin Thomas Crocker<br>Texas Bar No. 05087250<br>BARRON & NEWBURGER, P.C.<br>7320 N. MoPac Expwy., Suite 400<br>Austin, Texas 78731<br>(512) 476-9103 [Telephone]<br>(512) 279-0310 [Facsimile]<br>E-mail: lsilva@bn-lawyers.com<br>E-mail: kcrocker@bn-lawyers.com<br>ATTORNEYS FOR DEFENDANT<br>CEDARS BUSINESS SERVICES, LLC |

**WAYFAIR, LLC**
*/s/ Matthew H. Davis*
Matthew H. Davis
State Bar No. 24069580
mdavis@lockelord.com
Katie Wright
State Bar No. 24095732
Katie.wright@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
ATTORNEYS FOR DEFENDANT
WAYFAIR, LLC

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel certifies that he conferred with Defendant's counsel who indicated that Defendant does not oppose the instant motion.

## CERTIFICATE OF SERVICE

I, Marwan R. Daher, certify that on June 9, 2022, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Marwan R. Daher*